UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RITZ SAFETY LLC,

    Plaintiff,   Case No. 3:20-cv-413

vs.

STRATEGYN MANAGEMENT
GROUP, LLC, *et al*.,   District Judge Michael J. Newman

    Defendants.

---

### ORDER
---

In light of the two pending motions to dismiss filed by Cross Defendant Comprehensive Health and Wellness LLC and Counter Defendant Ritz Safety LLC, the Court finds good cause to delay issuance of a scheduling order under Fed. R. Civ. P. 16(b). Following disposition of the foregoing motion(s), the Court will, if necessary, order that the parties confer as required under Fed. R. Civ. P. 26(f) and submit a Rule 26(f) report to the Court. Unless the parties agree otherwise, discovery will not commence in this action until after disposition of foregoing motion(s).

**IT IS SO ORDERED.**


Date:  February 1, 2021          s/ Michael J. Newman
                                                               Michael J. Newman
                                                               United States District Judge