UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RITZ SAFETY, LLC,

    Plaintiff,                                                                   Case No. 3:20-cv-413

vs.

STRATEGYN, LLC, *et al.*,                          District Judge Michael J. Newman

    Defendant.

## ORDER FOLLOWING PRELIMINARY PRETRIAL CONFERENCE

This civil case came before the Court for a preliminary pretrial conference on May 18, 2021. Jessica Salisbury-Copper, Christopher Wiest, and Justin Whittaker participated. Josh Farley participated with the Court's permission. The Court advised Mr. Farley that if he wishes to participate in future hearings in this case, he shall file a notice of appearance or a motion to appear pro hac vice.

**IT IS SO ORDERED.**

Date:  May 18, 2021                                                s/Michael J. Newman
                                                                         Hon. Michael J. Newman
                                                                           United States District Judge